RECEIVED
SDNY PRO SE OFFICE

2021 MAY 27 AM 10: 59

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HERNANDO ESTEVENS MONTOYA GUZMAN                    CASE NO.
        Defendant,

        v.

UNITED STATES OF AMERICA
        Plaintiff.

### DEFENDANT'S MOTION PURSUANT TO
### RULE 52(b) AND 59(e) OF THE FEDERAL RULES
### OF CIVIL PROCEDURE

### RELIEF REQUESTED

The Defendant in this matter, Hernando Estevens Montoya Guzman,
move this Court, pursuant to Rule 52(b) and 59(e) of the Federal Rules
of Civil Procedure, to vacate the Judgment entered by this Court on or
about April 28, 2021, restore Mr. Montoya Guzman to the active side of
the calander, to allow Mr. Montoya Guzman to submit to the Court a
claim for Compassionate Release based on the Deprived Conditions he has
suffered since March of 2020.

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10_/_6_/_21_

10/6/21

Defendant's Motion pursuant to
Rules 52(b) and 59(e) is denied.
If defendant wishes to file another
Compassionate release motion, he may
do so after exhausting his remedies
on the "particular" claim with the
Bureau of Prisons. The Clerk is
to terminate the motion at
16 CR 136, Doc 179; and 17 cv 8419 Doc 18.

-1-