UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————x

UNITED STATES OF AMERICA

V.                                                                                           16 CR 136-02 (CM)

HERNANDO ESTEVENS MONTOYA GUZMAN,

Defendant.

———————————————————————x

**ORDER ASSIGNING CJA COUNSEL**

McMahon, J.:

The Court herby assigns Lance A. Clarke from the court's CJA panel to represent defendant in connection with defendant's motion for reconsideration of the court's denial of defendant's sentencing reduction motion filed pursuant to pursuant to 18 U.S.C. § 3582(c)(2). *See* ECF Doc. 192-1. Counsel has 45 days to supplement defendant's argument.

May 21, 2024
New York, NY

_____
Colleen McMahon
U.S.D.J.